# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| ANDRE J. EZELL | § | |
| | § | |
| Plaintiff, | § | Docket No. 3:13-cv-362 |
| | § | |
| vs. | § | JURY TRIAL DEMANDED |
| | § | |
| CIERRA MARINE GP, LLC | § | |
| | § | |
| Defendant. | § | |
| | § | |

## EXHIBIT A TO NOTICE OF FILING CONSENT FORM

1. Jason Elias

## NOTICE OF CONSENT

I consent to be a party plaintiff in this action and, if necessary, a subsequent action, to recover any unpaid wages owed to me by Cierra Marine /Third Coast Towing / NGL

_____
Jason Elias
Signature

_____
JASON M ELIAS
Full Legal Name (print)